Co. December 16, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Wilber Owen, Carl F. Schaffer* and *Samuel E. Darby, Jr.* for petitioner. *John Wilson Hood* for respondents.

No. 405. GAYES *v.* NEW YORK. December 16, 1946. Petition for writ of certiorari to the County Court of Monroe County, New York, granted. Petitioner *pro se*. *Nathaniel L. Goldstein*, Attorney General of New York, for respondent.

No. 418. NATIONAL LABOR RELATIONS BOARD *v.* JONES & LAUGHLIN STEEL CORP. On petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit; and

No. 419. NATIONAL LABOR RELATIONS BOARD *v.* E. C. ATKINS & Co. On petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit. December 23, 1946. The petition for writs of certiorari in these cases is granted. *Solicitor General McGrath* for petitioner. *John C. Bane, Jr.* for respondent in No. 418. *Kurt F. Pantzer* for respondent in No. 419. Reported below: No. 418, 154 F. 2d 932; No. 419, 155 F. 2d 567.

No. 811. UNITED MINE WORKERS OF AMERICA ET AL. *v.* UNITED STATES. December 23, 1946. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Welly K. Hopkins, Edmund Burke, T. C. Townsend, Harrison Combs, M. E. Boiarsky, Joseph A. Padway, Henry Kaiser* and *James A. Glenn* for petitioners.